**RENOTICE THIS MOTION AND SHOW THE NAME
AND ADDRESS OF REGISTERED AGENT SERVED**

**U.S. BANKRUPTCY**
**DISTRICT OF**

**Date signed March 27, 2004**

In Re: : Cas

Debtor (s) *Charles R. Spence* : Cha
*Sandra Lee Spence*

ORD
APPI
FINA

*Paul Mannes*

PAUL MANNES
U. S. BANKRUPTCY JUDGE

Upon the motion of the Debtor (s) and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

   Year *2002*   Make *Dodge*   Model *Neon*

   VIN# *1B3ES56C22064 6957*

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $ *5785.00*.

**IT HEREBY ORDERED,**

1. That the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.
2. Reasonable attorney fees and financing are approved under the terms and conditions set forth herein.
3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.
4. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.
5. In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

**SO ORDERED** this _____ day of _____, 20_____.

_____
Bankruptcy Judge

Copies to:
Creditor
U.S. Trustee
Chapter 7 Trustee